| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JAVED ELLAHIE, Esq. (SBN 63340)<br>THE ELLAHIE LAW FIRM<br>12 S. First Street, Suite 600<br>San Jose, CA  95113<br>Telephone:  (408) 294-0404<br>Fax: 408 294 6659<br>email: ellahielaw@yahoo.com<br><br>Attorneys for Saleem Khan |

*E-FILED 7/8/05*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| M. SALEEM KHAN,<br><br>            Plaintiff,<br><br>  vs.<br><br>PARK CAPITAL SECURITIES, LLC; ANTHONY JOHNSON; GARY JOHN FERRERA; PHILIP ANTHONY ORLANDO; STEPHEN MICHAEL MAGEE; BLAKE JUSTIN SHANAPHY; JASON JOSEPH WILDE; THE CONCORD EQUITY GROUP & TD WATERHOUSE INVESTOR SERVICES INC<br><br>            Defendants.<br>_____/ | CASE No.: C-03 00574RS<br><br>**ORDER ON PLAINTIFF'S EX-PARTE APPLICATION TO DISMISS CASE PURSUANT TO  SETTLEMENT**<br><br>**JUDGE:**          **Honorable Richard Seeborg** |

   The court having considered the above  Ex-parte Application, and it appearing that all parties  are agreeable to a dismissal of this case with prejudice.

IT IS HEREBY ORDERED AS FOLLOWS:

   This matter is dismissed with prejudice as against all defendants. Each party will bear its own attorney's fees and costs.

         **IT IS SO ORDERED**.

DATED:   7/8/05                                              /s/ Richard Seeborg
                                                                            **RICHARD SEEBORG**
                                                                            JUDGE OF U.S. DISTRICT COURT

---

**Order on Ex-Parte Application Re settlement**                    C03-00574RS                    -i-